# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAVID DELGADO,

                    Petitioner,

       v.

DERRAL ADAMS, Warden,

                   Respondent.

Case No. CV 11-0504-ODW (JEM)

**J U D G M E N T**

     In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  January 14, 2013

                                OTIS D. WRIGHT, II
                 UNITED STATES DISTRICT JUDGE